# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

Denard Allison

-vs-
City of Chicago and Chicago Police Officers Pagan, #17521 and Corona, #8159

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Denard Allison

FILED:   JULY 16, 2008
         08CV4048
         JUDGE SHADUR
         MAGISTRATE JUDGE BROWN
         NF

| | |
|---|---|
| NAME (Type or print) | |
| Kenneth N. Flaxman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Kenneth N. Flaxman | |
| FIRM | |
| Kenneth N. Flaxman P.C. | |
| STREET ADDRESS | |
| 200 S Michigan Ave., Ste 1240 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 08830399 | (312) 427-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |